1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, CA  94501-1091
5  Telephone (510) 337-1001
   Attorneys for Plaintiffs
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DURAN HOGAN CONSTRUCTION, INC.,<br><br>　　　　Defendant. | No.    11-03020 SBA<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action *without prejudice*. The parties have resolved this matter and Defendant is currently making payments to Plaintiffs. Said voluntary dismissal without an order of the Court is appropriate, since Defendant has not filed an answer or responsive pleading in this matter.

Pursuant to the resolution of this matter, the parties request that the Court maintain

---

NOTICE OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON
Case No. 11-03020 SBA

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

1  jurisdiction over this case for six (6) months from the date of settlement, September 14, 2011.

2  A Case Management Conference has been scheduled for October 5, 2011. With this
3  Request for Dismissal, Plaintiffs also request that said Case Management Conference be vacated.

Dated: September 14, 2011

                              WEINBERG, ROGER & ROSENFELD
                              A Professional Corporation


                              By:  /s/  Concepcion E. Lozano-Batista
                                  CONCEPCIÓN E. LOZANO-BATISTA
                                  Attorneys for Plaintiffs

### ORDER

The parties have resolved this matter and requested that this Court maintain jurisdiction over the case. IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing Order without prejudice. The Court shall maintain jurisdiction over this case until April 14, 2012. The Case Management Conference set for October 5, 2011 is hereby vacated.

Dated:  9/14/11                                          /s/ Saundra B. Armstrong
                                                  SAUNDRA BROWN ARMSTRONG
                                                  UNITED STATES DISTRICT JUDGE

128015/636783

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 2 -
NOTICE OF DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON
Case No. 11-03020 SBA